UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: |
| | : | |
| v. | : | |
| | : | |
| | : | VIOLATION:  18 U.S.C. § 1344 |
| **DAVID J. BROWN,** | : | (Bank Fraud) |
| | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney informs the Court that:

## COUNT ONE

### Introduction

At all times material to this Information:

1. Defendant DAVID J. BROWN ("BROWN"), resided within the District of Columbia. BROWN owned and operated a small business known as 12-Volt Mobile Electronics ("the 12-Volt Store"), as well as two related businesses, Auto Sound Shop ("Auto Sound") and DDA Group ("DDA"), all of which were located at 309 H Street, N.W., Washington, D.C.  ("Brown Businesses").

2. The Bank of America, N.A. ("BOA") is a federally-insured financial institution with branches located in the District of Columbia and elsewhere.

### The Scheme

3. From in or about April 2001 through in or about August 2002, in the District of Columbia and elsewhere, defendant DAVID J. BROWN did devise and intend to devise a scheme and artifice

to defraud BOA, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises in order to purchase real property, located at 1357 Morris Road, S.E., Washington, D.C.

## Purpose of the Scheme

4. It was the purpose of the scheme for defendant BROWN to enrich himself by producing counterfeit checks and depositing them into the accounts of the Brown Businesses at the Bank of America.

## Manner and Means

5. It was a part of the scheme that in or about April 2001, the defendant opened two business checking accounts at BOA; one in the name of Auto Sound and the other in the name of DDA. The defendant listed himself as the sole proprietor and signatory on both of the accounts.

6. It was further a part of the scheme that the defendant manufactured and deposited two counterfeit checks totaling $31,577 into his bank accounts at BOA in two separate transactions involving each of the accounts. The first transaction was conducted by the defendant at the Farraguat Square branch of BOA in Washington, D.C., and consisted of the deposit of a counterfeit check in the amount of $17,290 drawn on a fictitious NIH Account and made payable to DDA. The second transaction was conducted by the Defendant at the K Street branch of BOA in Washington, D.C., and consisted of the deposit of a counterfeit check in the amount of $14,287 drawn on a fictitious NIH Account and made payable to Auto Sound.

7. It was further a part of the scheme that the defendant maintained check-writing software, magnetic ink, and printer at his 12-Volt Store in order to manufacture counterfeit checks.

8. It was further a part of the scheme that the defendant consolidated the counterfeit monies into the DDA account via an internal BOA wire transfer in order to write a check drawn on the DDA account at BOA in the amount of $32,463 made payable to the defendant's mother, Sheila Brown. The reference line of the check provided that it was a "Cashiers Check for Raflo Title."

9. It was further a part of the scheme that the a cashier's check to Raflo Title was issued in the amount of $32,463.69, for the purchase of a piece of real property located at 1357 Morris Road, S.E., Washington, D.C ("Morris Road property").

10. It was further a part of the scheme that upon the receipt of the funds, Raflo Title wired $29,381 to the United States Department of Housing and Urban Development ("HUD"), which was the seller of the Morris Road property.

11. It was further a part of the scheme that the defendant's wife, Shawntell Brown, took title to the Morris Road property, upon the receipt of funds originating from the two counterfeit checks manufactured and deposited by the defendant.

12. In or about August 2001, within the District of Columbia, defendant, DAVID J. BROWN, did commit the offense of bank fraud, that is, did knowingly execute or attempt to execute a scheme or plan to defraud BOA, a federally-insured financial institution, and did knowingly execute a scheme or plan to obtain money or property for himself and others from BOA by means of false or fraudulent pretenses, representations, or promises, and the general nature of the fraudulent

scheme was that defendant, DAVID J. BROWN, manufactured and deposited counterfeit checks into the BOA accounts of the Brown Businesses; withdrew those funds from his accounts; and caused BOA to sustain losses.

**(Bank Fraud, in violation of 18 United States Code, Section 1344)**

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JEANNIE RHEE
Assistant United States Attorney
D.C. Bar # _____
Fraud & Public Corruption Section
555 Fourth Street, N.W., Room 5255
Washington, DC 20530
(202) 514-9832