UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
     Plaintiff,

vs.                                         Criminal No. 05-395 (EGS)
DAVID BROWN
     Defendant.
_____/

**ORDER**

On **NOVEMBER 30, 2005**, the defendant pled guilty to the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **FEBRUARY 10, 2006**; defendant's memorandum of law, if any shall be filed by no later than **FEBRUARY 17, 2006**; the Government's memorandum of law, if any shall be filed by no later than **FEBRUARY 24, 2006,** a reply, if any, shall be filed by no later than **MARCH 3, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **MARCH 10, 2006 AT 10:00 A.M.**

IT IS SO ORDERED.

DATE: November 30, 2005   EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE