UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.
DAVID J. BROWN
    Defendant.

Criminal No. 05-395 (EGS)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)