UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

Criminal No. 05-395 (EGS)

DAVID J. BROWN
    Defendant

## WAIVER OF INDICTMENT

I, DAVID J. BROWN the above named defendant, who is accused of _Bank Fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 30, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
    Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment