**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Case No. 05-395

United States of America
v.
David Brown

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE**
[X] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF**
[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court ____ %.
[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

FILED NOV 2 2 2005

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

[ ] 1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000

[X] 2) **YOU ARE TO REPORT** — [X] weekly [ ] in person [ ] by phone — TO [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000. [ ] Your attorney, whose name and address is shown below.

[X] 3) **YOU ARE TO LIVE** — with See above

[ ] 4a) **YOU ARE TO WORK**
[ ] 4b) **YOU ARE TO STUDY**
[ ] 5) **YOU ARE TO STAY**
[X] 6) **NARCOTICS** — take a urine test today
[ ] 7) **OTHER CONDITION**
[ ] 8) **REARREST**

**NEXT DUE BACK:** in Courtroom 24A at 12:00 PM on 3-10-06

**YOUR ATTORNEY:** Elliott Queen, 1220 H St. NE, WDC 20002, 399-1100

Date 11/30/05

SO ORDERED