# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

February 1, 2006

## MEMORANDUM TO THE HONORABLE EMMET G. SULLIVAN
## UNITED STATES DISTRICT COURT

**FILED**

**FEB - 3 2006**

Re:   David J. Brown
      Docket No.: CR 05-395-01
      Request for Extension and Delay of Sentencing

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reference is made to the above captioned individual who on November 30, 2005, appeared in the United States District Court for the District of Columbia and pled guilty to the offense of Bank Fraud, in violation of 18 U.S.C. § 1344. Mr. Brown was referred to the United States Probation Office for the purpose of a presentence investigation.

The purpose of this memorandum is to request an extension of the sentencing date. I have been on an extended leave from the office. Consequently, I am requesting additional time to complete the presentence report in this matter.

David J. Brown                                                                                       Page 2
CR 05-395-01

The probation officer requests that the sentencing date, which is now set for March 8, 2006, be rescheduled for any date on or after April 10, 2006. Defense counsel and the counsel for the government have been advised of our request for an extension. The government expressed no objections to this request and we have not heard from defense counsel.

Respectfully submitted,

**UNITED STATES PROBATION OFFICE**

Monica L. Johnson
United States Probation Officer
(202) 565-1332

Enclosure(s)

Approved by: *Gennine A. Hagar  2/1/06*
Gennine Hagar, Deputy Chief
United States Probation Officer
(202) 565-1336

cc:   Elliott Queen, Defense Counsel
      David Cora, Assistant United States Attorney

David J. Brown  Page 3
CR 05-395-01

### ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted ___✓___

   New sentencing date: _April 18, 1:00 p.m._

2. Extension for additional time to complete presentence report denied _____

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE