UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

           v.                                  Crim No. CR-05-395-01 (EGS)
                                           Sentencing Date: 5/2/06

DAVID J. BROWN

**MEMORANDUM IN AID OF SENTENCING**

      The Defendant, David J. Brown through counsel Elliott J. Queen, hereby respectfully submits the following memorandum to assist the Court in fashioning an appropriate sentence in this case.

      David J. Brown, who will be before the Court on May 2, 2006, for sentencing after pleading guilty to one count of Bank Fraud in violation 18 U.S.C. subsection 1344. Based on Mr. Brown's acceptance of responsibility for his actions by pleading guilty, the criminal history, the plea agreement, the sentencing factors, and Mr. Brown's lifestyle change since the offense, the defense recommends that the Court sentence Mr. Brown to a period of probation, house arrest or in the alternative the low range of the advisory guidelines, which is four months (4-10 month guideline range).

**Background**

      Mr. Brown is a 41-year-old male. Mr. Brown earned his GED in 1983, and attended The University of the District of Columbia where he was in the electrical engineering program where he needed 50 credits to graduate. Mr. Brown is currently attending Maple Springs Bible College, in Forestville, Maryland where he is scheduled to graduate in 2007. He is studying to become a church administrator. Additionally, Mr. Brown is a member of the Thank God For Jesus Ministries Church were he is the chairman of the deacon board, teaches bible study, preside over all special services and events, direct the youth choir, and is responsible men fellowship services, twice a month. Mr. Brown has been actively involved in his church since 2003.

      Mr. Brown is the sole provider for five children. He is self-employed in the business of home and mobile electronic design and installation. Mr. Brown has over 15 years experience electronic design and installation.

      Mr. Brown's criminal history clearly shows that he has been involved in fraudulent activity in the past, and he is not making any excuses for his activity, he knew it was wrong and illegal. Mr. Brown is not attempting to minimize the crime for which he is before this Court to be sentenced, however, he does want the Court to know the

answer to the question often asked when reviewing the facts that lead to conviction (what was he thinking).  Even though he knew it was wrong, Mr. Brown's plan was to receive payment for the fraudulent check, purchase property as he did, refinance the property in less than two weeks, pay back immediately, no harm no foul.  As the best plans often do this one went astray, and the property was not refinanced in the under two-week time frame as planned.  Mr. Brown spoke to a bank representative who extended time to pay the money back, the refinancing took months and Mr. Brown could not pay the money back in the time allotted by the bank.   When Mr. Brown attempted to make other arrangements to pay back the money, a different bank representative informed Mr. Brown that the bank was not interested in him paying back the money, charges were then filed.  As stated above Mr. Brown is not attempting to make excuses or justify his actions, he wanted to explain his thought process at the time of his actions.  While there is nothing that can be offered to justify Mr. Brown's actions, it is important to understand his thinking, he knows that he exercised the poorest judgment possible.

Mr. Brown has made significant efforts to put his life on the right track, his business is in position to be more profitable, and he is coming up on his peak season that will allow him to both take care of his family and make restitution to Bank of America.  Since 2001-2002 Mr. Brown has become involved in his community in a significant and meaningful way as noted above with his church/community.

**Mr. Brown's Prospect For the Future**

Mr. Brown's future is a bright one, he has business that is growing in a market that is here to stay.  He has established himself a positive and productive member of the community, he is engaged in a lifestyle that is dedicated to family and community.  He is not the same David Brown he was when he committed the offense for which he is before this Court to be sentenced.

Without question, Mr. Brown has re-evaluated and taken stock of his life, and the position he has put himself and his family in, and the possible negative impact on his family and business should he be sentenced to a term of imprisonment.  Mr. Brown has a wife and five children that he must provide for.  Mr. Brown is a reflective man who has made bad decisions, ones he knew were wrong when he made them.  He is deeply troubled by his actions, and fears that punishment for his actions could all but destroy his family and future.

A period of probation with conditions and restitution or house arrest would allow Mr. Brown to take advantage of the market in home and mobile electronic, and make it possible to pay restitution to Bank of America of a substantial amount of money.  If Mr. Brown were to be incarcerated it would have a substantial negative impact on his ability to provide food clothing and shelter for his wife and children, risk his business, and substantially affect his ability to make restitution.  It would be in the community's best interest for Mr. Brown to be in a position to take care of his family and to make restitution.

Respectfully Submitted,


Elliott J. Queen (426515)
Attorney for David J. Brown
639 I Street, NE
Washington, DC 20002
202-399-1100