HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0395</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Brown, David J. | : | Disclosure Date: <u>March 8, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                                                 **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_    4-10-06      _[signature]_    4/10/06
**Defendant**      **Date**      **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 22, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

Page 8 Number 26 The total loss was $166,000, that represents the amount of merchandise purchased in Mr. Brown's store, there were never any purchases made Brown.

There were no identifications found at the store or on the computer, the computer had the capacity to make/create identifications, no cardholder names were on computer or on Id's in computer.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 4/10/06