UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-395-01 (EGS) |
| : | |
| v. : | |
| : | |
| DAVID J. BROWN, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Ronald W. Sharpe, D.C. Bar Number 434575, telephone number (202) 353-9460. Ronald W. Sharpe will substitute for Assistant United States Attorney Jeannie S. Rhee as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Ronald W. Sharpe
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 434575
555 4th Street, N.W., Room 5828
Washington, DC 20530
(202) 353-9460