### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 05-395 (EGS) |
| v. | ) ) | |
| DAVID J. BROWN, | ) ) | **FILED** |
| Defendant. | ) ) ) | OCT **1 8** 2006 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the entire record, it is

**ORDERED** that the defendant is directed to replace the cashier's check currently in possession of the Probation Department. He shall pick up the cashier's check made out to "Bank of America," and submit a new cashier's check to the Clerk of the Court, in the amount of $28,148.00, made payable to "Clerk, United States District Court," no later than October 24, 2006.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

10/17/06
Date